In the Matter of the Arbitration between THE BURLINGTON CORPORATION and THE RABHOR COMPANY, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CHARLES H. PAYNE v. JAMES MADISON BLACKWELL, Impleaded with ETHEL WICKETT FIELD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of JOHN J. WALSH on Behalf of Himself and 157 Others Similarly Situated for an Order Pursuant to Article 78 of the Civil Practice Act against PAUL J. KERN, President and Commissioner, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of KRAMER & UCHITELLE, INC., for an Order Pursuant to Section 1458 of the Civil Practice Act for a Stay of an Arbitration Proceeding Instituted by EDDINGTON FABRICS CORPORATION, and for an Immediate Trial of the Issues. In the Matter of KRAMER & UCHITELLE, INC., for an Order, etc., Instituted by M. LOWENSTEIN & SONS, INC. In the Matter of KRAMER & UCHITELLE, INC., for an Order, etc., Instituted by CLASSIC MILLS, INC.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 805.] Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ISIDORE RABINOWITZ, Doing Business under the Firm Name and Style of EARLE DISPLAY FIXTURE CO., v. JOHN J. ABRAMSEN CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ESTHER E. HEFLIN v. EMMETT E. HEFLIN.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GEORGE OLLENDORF v. EDMUND LISSBERGER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of SADIE WEBER for an Injunction Order Pursuant to Sections 123–124 of the Alcoholic Beverage Control Law (Chapter 478 of the Laws of 1934) against THEODORE CHRISAMALIS and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ISIDORE STABSKY and MARY SCHER v. MAURICE VASSELLO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

JOHN MACK v. SOUTH BROOKLYN RAILWAY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of ISIDORE PINCUS against CHARLES KALL and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.